NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADELAJA ALLEN AROJURAYE,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**AND**

**DEPARTMENT OF DEFENSE**,

*Intervenor.*

---

2011-3034

---

Petition for review of the Merit Systems Protection Board in Case No. DC075210036-I-1.

---

**JUDGMENT**

---

SHELDON I. COHEN, Sheldon I. Cohen & Associates, of Arlington, Virginia, argued for petitioner.

MICHAEL A. CARNEY, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were JAMES E. EISENMANN, General Counsel, and KEISHA DAWN BELL, Deputy General Counsel.

JANE W. VANNEMAN, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for intervenor. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and Brian M. Simkin, Assistant Director.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 4, 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk